# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTOPHER DEWAYNE DOSS,**                                **PLAINTIFF**

**V.**                      **CASE NO. 4:17-CV-00210 KGB/BD**

**T. DAVIS, et al.**                                        **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.** **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.** **Discussion**

Christopher Dewayne Doss, formerly an inmate at the Saline County Detention Facility, filed this civil rights lawsuit in the Western District of Arkansas. (Docket entry #1) The case was transferred to the Eastern District of Arkansas. (#3) Mr. Doss submitted an *in forma pauperis* (IFP) application, but it was incomplete. The Court directed the Clerk of Court to send another IFP application and ordered Mr. Doss to complete the IFP

application or pay the filing fee within thirty days of April 6, 2017. (#5) That order was returned to the Court marked "undeliverable." (#7, #8)

On April 24, 2017, the Court ordered Mr. Doss to provide notice of his new address within thirty days. The Court specifically cautioned him that his claims could be dismissed, without prejudice, if he failed to comply with the order. As of this date, Mr. Doss has neither submitted a complete IFP application nor paid the statutory filing fee, as ordered. In addition, he has failed to inform the Court of his new address, as ordered.

## III.  Conclusion

The Court recommends that Mr. Doss's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's orders and his failure to prosecute this lawsuit.

DATED this 31st day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE