# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**CHRISTOPHER DEWANYE DOSS**                                                     **PLAINTIFF**

**v.**                     **Case No. 4:17-cv-00210 KGB**

**T. DAVIS, Officer,**
**Saline County Jail;** *et al.*                                                         **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 12). Plaintiff Christopher Dewayne Doss has not filed objections. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 12). Therefore, Mr. Doss's claims are dismissed without prejudice based on his failure to comply with the Court's orders and his failure to prosecute this lawsuit.

So ordered this the 13th day of July, 2017.

                                                        Kristine G. Baker
                                                      United States District Judge