IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CHRISTOPHER DEWANYE DOSS                                           PLAINTIFF

v.                          Case No. 4:17-cv-00210 KGB

T. DAVIS, Officer,
Saline County Jail; *et al.*                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, this action is dismissed without prejudice.

So adjudged this the 13th day of July, 2017.

Kristine G. Baker
United States District Judge